Sherod William MITCHELL,
Petitioner-Appellant,

v.

UNITED STATES of America,
Respondent-Appellee.

No. 76–3313
Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Feb. 23, 1977.

---

* Rule 18, 5 Cir.; see *Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al.,* 5 Cir. 1970, 431 F.2d 409, Part I.

Sherod William Mitchell, pro se.

Ronald T. Knight, U. S. Atty., Charles T. Erion, Asst. U. S. Atty., Macon, Ga., for respondent-appellee.

Before COLEMAN, GODBOLD and TJOFLAT, Circuit Judges.

PER CURIAM:

This appeal is taken from an order of the district court dismissing the motion of this federal prisoner to vacate sentence pursuant to 28 U.S.C. § 2255. We affirm.

Appellant contends that the sentencing judge erred in failing to make an explicit finding that he would not benefit from treatment under the Federal Youth Corrections Act, 18 U.S.C. § 5005 et seq. He cites *Dorszynski v. United States*, 1974, 418 U.S. 424, 94 S.Ct. 3042, 41 L.Ed.2d 855. *Dorszynski* is applicable only to those defendants under 22 years of age. Appellant was over 22 years of age at the time of conviction and classified as a young adult offender under 18 U.S.C. § 4209. As such, the sentencing judge was not required to make explicit findings that the defendant would not benefit from the Youth Corrections Act. *United States v. Brown*, 5 Cir. 1975, 522 F.2d 207; *United States v. Gamboa-Cano*, 5 Cir. 1975, 510 F.2d 598.

The judgment below is affirmed.

AFFIRMED.